UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

FILED
FEB 09 2012

UNITED STATES OF AMERICA,

                Plaintiff,

   vs.

ERNESTO SCHRAMM-URRUTIA,

                Defendant.

CASE NO. 11cr1401-AJB

**JUDGMENT OF DISMISSAL**

     IT APPEARING that the defendant is now entitled to be discharged for the reason that:

**X**    an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

___    the Court has dismissed the case for unnecessary delay; or

___    the Court has granted the motion of the Government for dismissal, without prejudice; or

___    the Court has granted the motion of the defendant for a judgment of acquittal; or

___    a jury has been waived, and the Court has found the defendant not guilty; or

___    the jury has returned its verdict, finding the defendant not guilty;

**X**    of the offense(s) as charged in the Information:

    21:846 and 841(a)(1) - Conspiracy to Distribute Controlled Substances

     IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: 02/03/12

Anthony J. Battaglia
U.S. Magistrate Judge